# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

April 3, 2001

## Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, *et al.*,<br>    *Plaintiffs-Appellants*,<br><br>**No.** 98-1608          **v.**<br><br>HARTFORD FIRE INSURANCE COMPANY,<br>    *Defendant-Appellee*. | Appeal from the United<br>States District Court<br>for the Southern<br>District of Illinois.<br><br>No. 95-CV-4001-JLF<br>James L. Foreman,<br>*Judge*. |

## Order

The opinion of this court issued on March 14, 2001, is amended as follows:

Page 5, first paragraph, line 13, "On September 30, the policy's final day, RHH sent Duffield" is changed to "On September 30, the policy's final day, RHH sent Hartford".

Plaintiffs-appellants filed a petition for rehearing on March 27, 2001. All of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.